UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | |
|---|---|
| IKE WILLIAMSON, et al,              )<br>                                                    )<br>        Plaintiff,                            )<br>                                                    )<br>     vs.                                        )          1:03-cv-1456-JDT-TAB<br>                                                    )<br>INTERNATIONAL ASSOCIATION OF  )<br>MACHINISTS AND AEROSPACE        )<br>WORKERS, et al,                          )<br>                                                    )<br>        Defendant.                         ) | |

**Entry Striking Status Report by Unions (Document # 93)and
Granting Motion to Strike (Document # 94)**

　　The Status Report filed by the Unions (Document #93) is **STRICKEN** and the Plaintiffs' request for that (Document #94) is **GRANTED.**  The court requested status reports from United, not the Unions.  Nothing reported by United in its reports is contended to be inaccurate or incomplete.  Therefore, there is no need for the Unions' report.  Besides, the Unions' report is argumentative, and the arguments being asserted are premature and not helpful.  The Unions' filing may remain on the court's docket, but it will not be considered at this time, and if it is to be considered at all, the Plaintiffs' will be given notice of that and an opportunity to file a responsive brief.

　　ALL OF WHICH IS ORDERED this 27th day of October 2005.

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

Donn H. Wray
Glenn D. Bowman
Richard E. Aikman, Jr.
Tara L. Sohlman
Stewart & Irwin
dwray@stewart-irwin.com
gbowman@silgal.com
raikman@silegal.com
tsohlman@stewart-irwin.com

Michael Rabinowitch
Wooden & McLaughlin, LLP
mrabinowitch@woodmaclaw.com

Gary S. Kaplan
Seyfarth Shaw
gkaplan@seyfarth.com

Carla Markim Siegel
IAMAW Legal Department
csiegal@iamaw.org

Ira L. Gottlieb
Robert A. Bush
Kathleen M. Erskine
Geffner & Bush
igottlieb@geffner-bush.com
rbush@geffner-bush.com
kerskine@geffner-bush.com

William R. Groth
Fillenwarth Dennerline Groth & Towe
wgroth@fdgtlaborlaw.com

Magistrate Judge Tim A. Baker